ACCEPTED
01-15-00052-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/7/2015 3:29:39 PM
CHRISTOPHER PRINE
CLERK

Chris Daniel - District Clerk Harris County
Envelope No. 3685363
By: Phyllis Washington
Filed: 1/7/2015 3:29:39 PM

## NO. 2012-20003

| | | |
|---|---|---|
| **GERALD KNAPP,** | § | **IN THE DISTRICT COURT** |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| | § | |
| **NARCISO AURIOLES and** | § | |
| **HARRIS COUNTY, TEXAS** | § | |
| *Defendants* | § | **333rd JUDICIAL DISTRICT** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/14/2015 1:55:51 PM
CHRISTOPHER A. PRINE
Clerk

### HARRIS COUNTY'S NOTICE OF APPEAL

1.     Harris County, Texas, desires to appeal from the district court's final judgment of December 8, 2014.   Said appeal may include any orders or rulings rendered by the district court prior to or subsequent to its rendition and signing of the final judgment.

2.     Harris County appeals to either the First or Fourteenth Court of Appeals.

3.     This is neither an accelerated nor a restricted appeal.

4.     By this notice of appeal, Harris County supersedes the district court's judgment and orders pending the disposition of this appeal.   *See In re Long*, 984 S.W.2d 623, 626 (Tex. 1999) (orig. proceeding).

For Official Governmental Use Only - Do Not Disseminate to the Public: 63758456 - Page 1 of 3

1

Respectfully submitted,

_/s/ **Michael R. Hull**____
OF COUNSEL:      MICHAEL R. HULL
VINCE RYAN      Senior Assistant County Attorney
     State Bar No. 24003733
County Attorney      1019 Congress, 15th Floor
Harris County, Texas      Houston, Texas   77002
     (713) 274-5138 (telephone)
     (713) 755-8848 (facsimile)
     michael.hull@cao.hctx.net (e-mail)

     ATTORNEY FOR
     HARRIS COUNTY, TEXAS

For Official Governmental Use Only - Do Not Disseminate to the Public: 63758456 - Page 2 of 3

For Official Governmental Use Only - Do Not Disseminate to the Public: 63758456 - Page 3 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2015, a true and correct copy of the foregoing was forwarded by facsimile, certified mail, return receipt requested, electronic mail, electronic service, or hand-delivery to the following:

**Attorney for Plaintiff Knapp**
Scott C. Lannie
LAW OFFICES OF SCOTT C. LANNIE, P.C.
4000 Garth Road, Suite 150
Baytown, Texas   77521
(281) 303-8280 (facsimile)
sclannie@aol.com

**Attorney for Defendant Aurioles**
James A. Ceronsky
SOULE, BALDWIN & FANAFF
11200 Richmond, Suite 250
Houston, Texas   77082
(281) 752-6329 (facsimile)

_/s/ Michael R. Hull____
MICHAEL R. HULL
Senior Assistant County Attorney



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   January 14, 2015

Certified Document Number:        63758456 Total Pages:  3

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**